**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION AT KNOXVILLE**

GRACE M. SILER,

    Plaintiff

vs.                                                                 NO.   3:06-CV-369

WALGREEN CO. d/b/a
WALGREENS,

    Defendants

## ORDER OF COMPROMISE AND DISMISSAL

Came the parties, Grace M. Siler, plaintiff, and Walgreen Co., defendant, and announced to the Court that the matters in controversy between them in this cause had been compromised and settled, by the terms of which compromise settlement agreement the original suit of the plaintiff is to be dismissed with prejudice.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that the suit of the plaintiff, Grace M. Siler, against the defendant, Walgreen Co., be, and the same hereby is, dismissed with full prejudice and each party shall bear its own costs.

ENTER this the _____ day of _____, 2007.

s/ C. Clifford Shirley, Jr.
United States Magistrate Judge
**UNITED STATES DISTRICT JUDGE**

TAYLOR, REAMS,
TILSON & HARRISON
ATTORNEYS AT LAW
116 EAST MAIN STREET
P.O. BOX 1799
MORRISTOWN, TENNESSEE
37816-1799

APPROVED FOR ENTRY:

JOHN T. GREENE (BPR #009719)
Attorney for Plaintiff
422 Gay Street, Suite 301
Knoxville, TN 37902
(865) 544-4100

JAMES W. HARRISON (BPR # 007483)
Attorney for Defendant
TAYLOR, REAMS, TILSON & HARRISON
P. O. Box 1799
Morristown, TN 37816-1799
(423) 586-9302

TAYLOR, REAMS,
TILSON & HARRISON
ATTORNEYS AT LAW
116 EAST MAIN STREET
P.O. BOX 1799
MORRISTOWN, TENNESSEE
37816-1799